IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STATE FARM FIRE & CASUALTY   )
INSURANCE COMPANY aso        )
Steve Sorg,                  )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        3:15cv651-MHT
                             )            (WO)
SEA TECH, INC., et al.,      )
                             )
     Defendants.             )
```

### JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that plaintiff's motion to dismiss defendant Edge Star Products, Inc. (doc. no. 29) is granted, and all claims against defendant Edge Star Products, Inc., are dismissed with prejudice, with costs taxed as paid.

The court assumes that the other parties have no objection to the allowance of the dismissal; however, if there are any objections, they must be filed within seven days of the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.**

DONE, this the 12th day of August, 2016.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**